**Cassava Sciences, Inc. (SAVA)**                                          **Cassandra Baker**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 9/30/2022 | 4 | $41.5837 |