UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA BAKER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:24-cv-00977 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Honorable Sara L. Ellis |
| CASSAVA SCIENCES, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

MOHAMMAD BOZORGI'S MOTION TO INTERVENE, TRANSFER, AND VACATE
LEAD-PLAINTIFF DEADLINE

4865-7317-7775.v5

Proposed Intervenor Mohammad Bozorgi ("Lead Plaintiff"), the Court-appointed Lead Plaintiff in the related consolidated securities fraud class action *In re Cassava Scis., Inc. Sec. Litig.*, No. 1:21-cv-00751-DAE (W.D. Tex.) ("Consolidated Action"), by and through his undersigned counsel, respectfully requests that this Court enter an order: (1) granting Lead Plaintiff leave to intervene in the above-captioned matter under Federal Rule of Civil Procedure 24; (2) transferring this case to the Western District of Texas for consolidation with the Consolidated Action; and (3) vacating or striking the lead-plaintiff notice and deadline in this case.  In support of this motion, Lead Plaintiff respectfully submits the accompanying memorandum of law and proposed order.[1]

DATED:  March 20, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # # 6310011)

*/s/ James E. Barz*
JAMES E. BARZ

200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  630/696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

---

[1]   Pursuant to this Court's case procedures, the proposed order will not be filed, but is being submitted to this Court's proposed orders inbox.

- 1 -

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
RACHEL JENSEN
KEVIN A. LAVELLE
JEREMY W. DANIELS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
rachelj@rgrdlaw.com
klavelle@rgrdlaw.com
jdaniels@rgrdlaw.com

Attorneys for Intervenor and Court-Appointed
Lead Plaintiff Mohammad Bozorgi

4865-7317-7775.v5