## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CASSANDRA BAKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER and ERIC J. SCHOEN, <br><br> Defendants. | Case No. 1:24-cv-00977 <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF LORI A. FANNING IN SUPPORT OF MOTION OF AMJAD FRAITEKH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL**

I, Lori A. Fanning, declare as follows:

1.      I am a member in good standing of the bar of the State of Illinois and am admitted in this Court. I am a member of the law firm of Miller Law LLC. I submit this declaration in support of the motion filed by Amjad Fraitekh ("Fraitekh"), for: (1) appointment of Fraitekh as Lead Plaintiff; and (2) approval of Fraitekh's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel and Miller Law LLC to serve as Liaison Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through G are true and correct copies of the following documents:

Exhibit A:      First Notice of Pendency of a Class Action

Exhibit B:      Fraitekh's PSLRA Certification

Exhibit C:      Chart setting forth Fraitekh's financial interest in this litigation

Exhibit D:      Declaration of Fraitekh

Exhibit E:      Firm Resume of Faruqi & Faruqi, LLP

Exhibit F:      Women's Business Enterprise National Council Certificate

Exhibit G:      Firm Resume of Miller Law LLC

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of April 2024 at Chicago, IL.

*/s/ Lori A. Fanning*
Lori A. Fanning

1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed on April 2, 2024 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

By:    */s/ Lori A. Fanning*
Lori A. Fanning

2