# EXHIBIT C

**Cassava Sciences, Inc.**
**Class Period: August 18, 2022 & October 12, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Retained | 90-Days* Mean Price $21.8321 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | |
| **Amjad Fraitekh Account Totals** | | **(2,902)** | | **($84,190.55)** | | | | | **(2,902)** | **$63,356.84** | **($20,833.71)** |
| **Amjad Fraitekh** | | | | | | | | | | | |
| | 8/23/2022 | (2) | $24.3500 | ($48.70) | | | | | | | |
| | 8/29/2022 | (1,790) | $28.8150 | ($51,578.85) | | | | | | | |
| | 8/29/2022 | (120) | $29.3250 | ($3,519.00) | | | | | | | |
| | 12/22/2022 | (490) | $31.6000 | ($15,484.00) | | | | | | | |
| | 12/28/2022 | (500) | $27.1200 | ($13,560.00) | | | | | | | |

*Avg Closing Prices from October 13, 2023 to January 10, 2024