# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CASSANDRA BAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER and ERIC J. SCHOEN,<br><br>Defendants. | Case No. 1:24-cv-00977<br><br><u>CLASS ACTION</u> |

**DECLARATION OF AMJAD FRAITEKH IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL**

I, Amjad Fraitekh ("Movant"), pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.    I respectfully submit this Declaration in Support of Movant's Motion for: Appointment as Lead Plaintiff and Approval of Lead Counsel and Liaison Counsel in the instant class action on behalf of investors in Cassava Sciences, Inc. ("Cassava" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2.    I am a United States citizen.

3.    I currently reside in Overland Park, Kansas.

4.    I have a bachelor's degree in chemical engineering.

5.    I have been investing in the stock market for over 6 years and manage my own investments.

6.    I believe the securities class action against defendants Cassava, Remi Barbier and Eric J. Schoen is meritorious and should be led by an investor who is committed to maximizing the recovery on behalf of the class. I traded in Cassava securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover my losses for my benefit and the benefit of all members of the Class. It is for this reason that I decided to seek appointment as Lead Plaintiff in the action. I understand the responsibilities and duties of being Lead Plaintiff, including my fiduciary duties to the class.

7.    I understand and appreciate a Lead Plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining counsel with a proven history of handling this type of complex litigation. In this case, I have selected Faruqi & Faruqi,

1

LLP (the "Faruqi Firm") to serve as lead counsel. Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe the Faruqi Firm is well qualified to represent the class. As part of my due diligence process, prior to our selection of the Faruqi Firm, we assessed the firm's qualifications and communicated with James (Josh) Wilson.

8. I have directed the Faruqi Firm to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class. I will continue to supervise lead counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

9. I understand that a Lead Plaintiff's share of any recovery is the same as every other potential class member. As my certificate states, I will not accept any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I, Amjad Fraitekh, declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/2/2024 | 2:58 PM PDT

DocuSigned by:

*Amjad Fraitekh*

59F5A6034EDD424...

Amjad Fraitekh

2