UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CASSANDRA BAKER, Individually and on Behalf of All Others Similarly Situated, | Civil Action No.  1:24-cv-00977 |
| Plaintiff, | |
| v. | CLASS ACTION |
| CASSAVA SCIENCES, INC., REMI BARBIER and ERIC J. SCHOEN, | Hon. Sara L. Ellis |
| Defendants. | |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF JOHN KREILICH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of John Kreilich ("Kreilich"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Kreilich's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting the financial interest of Kreilich in this litigation;

Exhibit B:    Press release published over *Newsfile Corp.* on February 2, 2024, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Kreilich;

Exhibit D:    Declaration executed by Kreilich; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 2, 2024.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1