# EXHIBIT A

**Cassava Sciences, Inc. (SAVA)**
**Class Period: August 18, 2022 to October 12, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $21.8321 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Summary* | | | | | | | | | | | | | |
| John Kreilich | Common Stock | | 5,510 | | ($157,910) | | (5,510) | | $137,736 | 10 | 0 | $0 | ($20,174) |
| John Kreilich | Options | | 128 | | ($20,943) | | (128) | | $4,972 | 0 | 0 | $0 | ($15,971) |
| **John Kreilich** | **Common Stock & Options** | | | | **($178,853)** | | **(5,638)** | | **$142,708** | **10** | **0** | **$0** | **($36,145)** |
| | | | | | | | | | | | | | |
| John Kreilich | Common Stock | 12/27/2022 | 3,500 | $35.5000 | ($124,250) | 12/27/2022 | (3,500) | $28.7000 | $100,450 | | | | |
| John Kreilich | Common Stock | 9/29/2023 | 1,000 | $16.6800 | ($16,680) | 10/9/2023 | (1,975) | $18.5700 | $36,676 | | | | |
| John Kreilich | Common Stock | 9/29/2023 | 1,000 | $16.7900 | ($16,790) | 10/9/2023 | (25) | $18.6000 | $465 | | | | |
| John Kreilich | Common Stock | 10/9/2023 | 10 | $18.9790 | ($190) | 10/23/2023 | (9) | $13.8757 | $125 | | | | |
| John Kreilich | Common Stock | | | | | 11/9/2023 | (1) | $20.2600 | $20 | | | | |
| **John Kreilich** | **Common Stock** | | **5,510** | | **($157,910)** | | **(5,510)** | | **$137,736** | **10** | **0** | **$0** | **($20,174)** |
| | | | | | | | | | | | | | |
| **John Kreilich** | **SAVA Dec 23 2022 35.0 Put** | **12/23/2022** | **8** | **$3.6000** | **($2,880)** | **12/20/2022** | **(8)** | **$0.4400** | **$352** | **0** | **0** | **$0** | **($2,528)** |
| **John Kreilich** | **SAVA Oct 6 2023 19.5 Call** | **10/6/2023** | **20** | **$0.0100** | **($20)** | **10/6/2023** | **(20)** | **$0.0700** | **$140** | **0** | **0** | **$0** | **$120** |
| | | | | | | | | | | | | | |
| John Kreilich | SAVA Dec 23 2022 35.5 Put | 12/23/2022 | 10 | $3.9000 | ($3,900) | 12/20/2022 | (80) | $0.5600 | $4,480 | | | | |
| John Kreilich | SAVA Dec 23 2022 35.5 Put | 12/23/2022 | 15 | $3.6900 | ($5,535) | | | | | | | | |
| John Kreilich | SAVA Dec 23 2022 35.5 Put | 12/23/2022 | 20 | $4.2000 | ($8,400) | | | | | | | | |
| John Kreilich | SAVA Dec 23 2022 35.5 Put | 12/27/2022 | 35 | assigned | | | | | | | | | |
| **John Kreilich** | **SAVA Dec 23 2022 35.5 Put** | | **80** | | **($17,835)** | | **(80)** | | **$4,480** | **0** | **0** | **$0** | **($13,355)** |
| | | | | | | | | | | | | | |
| John Kreilich | SAVA Oct 6 2023 15.0 Put | 9/29/2023 | 10 | $0.1000 | ($100) | 10/9/2023 | (20) expired | | | | | | |
| John Kreilich | SAVA Oct 6 2023 15.0 Put | 9/29/2023 | 2 | $0.1000 | ($20) | | | | | | | | |
| John Kreilich | SAVA Oct 6 2023 15.0 Put | 9/29/2023 | 8 | $0.1100 | ($88) | | | | | | | | |
| **John Kreilich** | **SAVA Oct 6 2023 15.0 Put** | | **20** | | **($208)** | | **(20)** | | **$0** | **0** | **0** | **$0** | **($208)** |

*Avg Closing Prices from October 13, 2023 to January 10, 2024