**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Baker,

Plaintiff(s),

v.

Cassava Sciences, Inc. et al,

Defendant(s).

Case No.  24-cv-977
Judge Sara L. Ellis

## ORDER

The Court grants in part and denies in part Bozorgi's motion to intervene, transfer this case to the Western District of Texas, and vacate the lead plaintiff deadline [12].  The Court allows Bozorgi to intervene in this case.  The Court further orders the Clerk to transfer this case to the U.S. District Court for the Western District of Texas.  The Court denies without prejudice Bozorgi's motion to vacate the April 2, 2024 lead plaintiff deadline.  The Court indefinitely continues its order staying appointment of a Lead Plaintiff in this action until the transferee court determines that it should dissolve the stay.  The Court grants counsel's motion for leave to appear *pro hac vice* [39].

Date:  5/28/2024                              /s/ Sara L. Ellis