UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § | Civil Action No. 1:21-cv-00751-DAE |
| | § | CLASS ACTION |
| This Document Relates To: | § § § | |
| ALL ACTIONS | § § § § | |
| CASSANDRA BAKER, Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 1:24-cv-00590-RP |
| Plaintiff, | § § § | |
| vs. | § § | |
| CASSAVA SCIENCES, INC., et al., | § § § | |
| Defendants. | § § § | |

**NOTICE OF RELATED CASE**

4869-4680-2629.v4

Pursuant to a June 30, 2022 order (the "Consolidation Order") in *In re Cassava Scis., Inc. Sec. Litig.*, No. 1:21-cv-00751-DAE (W.D. Tex.) ("Consolidated Action"), currently pending before Senior U.S. District Judge David A. Ezra in the Western District of Texas, Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao in the Consolidated Action, hereby notify the Court that *Baker v. Cassava Scis., Inc.*, 1:24-cv-590-RP (W.D. Tex.) (the "*Baker* Action") is related to the Consolidated Action.

The Consolidation Order in the Consolidated Action states: "Any other actions now pending or hereafter filed in this District that arise out of the same facts and claims as alleged in the above-listed related actions ***shall*** be consolidated into the Consolidated Action for all purposes once the Court is informed of them."  Consolidated Action ECF 58 at 3-4 (emphasis added).  The *Baker* Action was previously filed in the Northern District of Illinois (*see* Consolidated Action ECF 142), but was transferred to the Western District of Texas by U.S. District Judge Sara Ellis following a motion filed by Lead Plaintiff.  *See* Exhibit A, attached hereto (order granting in part Lead Plaintiff's motion).

DATED:  June 5, 2024                    KENDALL LAW GROUP, PLLC
                                        JOE KENDALL (Texas Bar No. 11260700)


                                        */s/ Joe Kendall*
                                        JOE KENDALL

                                        3811 Turtle Creek Blvd., Suite 825
                                        Dallas, TX  75219
                                        Telephone:  214/744-3000
                                        214/744-3015 (fax)
                                        jkendall@kendalllawgroup.com

                                        Local Counsel for Lead Plaintiff and Additional
                                        Plaintiff Ken Calderone

- 1 -

4869-4680-2629.v4

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
RACHEL JENSEN (*pro hac vice* pending)
KEVIN A. LAVELLE (*pro hac vice* pending)
MEGAN A. ROSSI
HEATHER GEIGER
JEREMY W. DANIELS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
rachelj@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com
hgeiger@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional
Plaintiff Ken Calderone


GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com

Counsel for Additional Plaintiff Manohar K. Rao

- 2 -

4869-4680-2629.v4