UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CASSANDRA BAKER, Individually and on Behalf of All Others Similarly Situated<br>　　　　　*Plaintiffs*<br><br>v.<br><br>CASSAVA SCIENCES, INC., et al.,<br>　　　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 1:24-cv-00590-DAE |

## **ORDER**

On May 28, 2024, the above record case was transferred from the Northern District of Illinois by the Honorable Sara L. Ellis. (Dkt. 42.) The above record case arises out of the same set of facts and claims as alleged in In re Cassava Scis., Inc. Sec. Litig., No. 1:21-cv-00751-DAE (W.D. Tex.) ("Consolidated Action"), currently pending before this Court. Pursuant to a June 30, 2022 in In re Cassava Scis., Inc. Sec. Litig., No. 1:21-cv-00751-DAE (W.D. Tex.) ("Consolidated Action"), "[a]ny other actions now pending or hereafter filed in this District that arise out of the same facts and claims as alleged in the above listed related actions shall be consolidated into the Consolidated Action for all purposes once the Court is informed of them." (Dkt. # 58.) Having met the criteria of the Consolidated Order, the Court hereby orders that the above record

1

case shall be consolidated with Case No. 1:21-cv-00751-DAE ("Lead Case"). The Clerk is instructed to add the consolidated Plaintiffs, Defendants, and their counsel of record into the Lead Case. All parties are instructed to file all future filings in the LEAD CASE only. The clerk is instructed to administratively close No. 1:24-cv-00590-DAE.

**IT IS SO ORDERED.**

**DATED**: September 25, 2024

_____
David Alan Ezra
Senior United States District Judge